# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY EARL GIBSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00247-MHH-SGC |
| ) | |
| PATRICE JONES, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The petitioner, Johnny Earl Gibson, is an inmate in state custody under a judgment of an Alabama state court. (Doc. 1). Last year, he filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and named Patrice Jones, Warden of Bullock Correctional Facility, as the respondent. (Doc. 1).

On December 13, 2022, the Magistrate Judge assigned to this case entered a report in which she recommended that the Court dismiss Mr. Gibson's petition because Mr. Gibson did not file his petition on time, and he did not exhaust his state court remedies. The Magistrate Judge also explained that Mr. Gibson's petition is procedurally defaulted. (Doc. 7). The Magistrate Judge recommended against issuance of a certificate of appealability. The Magistrate Judge advised Mr. Gibson that he must file written objections to the report and recommendation within 14 days.

(Doc. 7, p. 17). The Court has not received objections or another response to the report from Mr. Gibson.

Having reviewed Mr. Gibson's petition, the state court documents he provided with his petition, the Magistrate Judge's report, and Mr. Gibson's July 27, 2022 motion and the order resolving it, (Docs. 1, 1-2, 5-7), the Court adopts the report and accepts the recommendation. By separate order, the Court will dismiss Mr. Gibson's petition for the reasons provided in the Magistrate Judge's report. The Court will not issue a certificate of appealability.

**DONE** and **ORDERED** this January 11, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE